UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORIO VEGA,

           Plaintiff,

vs.    Case No.   2:05-cv-573-FtM-29DNF

SCOTT MATHEW STANTON, BUDGET RENT A CAR SYSTEMS, INC.,

           Defendants.
_____

**ORDER**

This matter comes before the Court on consideration of plaintiff's Unopposed Motion to Amend Complaint (Doc. #19)[1], filed on January 26, 2006.  The First Amended Complaint (Doc. #2) was filed in the Twentieth Judicial Circuit Court, in and for Lee County, Florida, and removed by Notice of Removal (Doc. #1) to the District Court on December 2, 2005, on the basis of diversity.[2]

Plaintiff seeks to amend the Complaint to reflect the proper party, A Betterway Rent-A-Car, Inc., and dismiss Budget Rent-A-Car of Atlanta.  The proposed Second Amended Complaint also adds defendant Anthony Mann who resides in Georgia.  Plaintiff states

---

[1] The Motion is due to be re-filed for failure to sign or date the document pursuant to Fed. R. Civ. P. 11.  Counsel has been notified to do so by the Clerk's Office.

[2] A district court has subject matter jurisdiction over diversity cases pursuant to 28 U.S.C. § 1332.  Section 1332(a) requires that the parties be citizens of different states and that the matter in controversy exceed the sum or value of $75,000, exclusive of interest and costs. <u>Morrison v. Allstate Indem. Co.</u>, 228 F.3d 1255, 1261 (11th Cir. 2000).

where the individual parties "reside," however, this is insufficient for jurisdictional purposes and there is no indication of the citizenship of the new corporate defendant. Additionally, plaintiff still pleads that damages exceed $15,000.00. This is also insufficient for jurisdictional purposes as the amount must exceed $75,000, exclusive of interest and costs.

The Court will allow plaintiff to amend the Complaint, however, plaintiff will be required to submit a revised Second Amended Complaint which properly states jurisdiction.

Accordingly, it is now

**ORDERED**:

1. Plaintiff's Unopposed Motion to Amend Complaint (Doc. #19) is **GRANTED** to the extent that plaintiff may file a revised Second Amended Complaint within **TEN (10) DAYS** of this Order.

2. Defendant Budget Rent-A-Car of Atlanta is **dismissed without prejudice** as a party-defendant and the Clerk shall terminate this defendant on the docket.

3. Upon filing the Second Amended Complaint, plaintiff shall serve the new defendants in accordance with Fed. R. Civ. P. 4.

**DONE AND ORDERED** at Fort Myers, Florida, this   27th   day of January, 2006.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of record

-2-